**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PEGGY MEASE, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-2327 |
| | : | |
| NANCY A. BERRYHILL, Acting | : | |
| Commissioner of Social Security, | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 12th day of December, 2018, upon consideration of Plaintiff's Brief

Statement of Issues in Support of Request for Review (ECF No. 10), Defendant's Response to

Request for Review (ECF No. 11), Plaintiff's Reply thereto (ECF No. 12), review of the Report

and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 14), and

Plaintiff's Objections to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

3. Plaintiff's Request for Review is **DENIED**;

4. The Clerk of Courts is hereby directed to mark this case **CLOSED** for
   statistical and all other purposes.

BY THE COURT:


*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.